IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO.: 4:05cr26-SPM

DESMOND JACKSON,

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW FIRST MOTION
TO SUPPRESS AND DIRECTING GOVERNMENT
TO RESPOND TO SECOND MOTION TO SUPPRESS**

       This cause comes before the Court on Defendant's first motion to suppress (doc. 17), Defendant's motion to withdraw his first motion to suppress (doc. 18), and Defendant's second motion to suppress (doc. 19). Upon consideration, it is

       ORDERED AND ADJUDGED:

       1.      Defendant's motion to withdraw (doc. 18) is granted.

       2.      The Government shall have up to and including August 5, 2005 to file a written response to the second motion to suppress.

       DONE AND ORDERED this 28th day of July, 2005.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge